# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2016

Lyle W. Cayce
Clerk

No. 15-50505

GG RANCH, LIMITED; HORTON RANCHES, INCORPORATED; LLOYD
TSCHIRHART; DANCY TSCHIRHART; EAKIN RANCHES, LIMITED;
RUSTY ULBRICH,

> Plaintiffs - Appellants

v.

EDWARDS AQUIFER AUTHORITY; ROLANDO RUIZ, in his official
capacity as general manager; CITY OF SAN ANTONIO, Acting by and
through the San Antonio Water System (SAWS),

> Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:14-CV-848

Before HIGGINBOTHAM, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

Appellants, owners of certain real property located above the Edwards
Aquifer in Medina and Uvalde Counties, Texas, sued the state regulatory
agency in charge of the Aquifer, the Edwards Aquifer Authority, alleging

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 15-50505

violations under the Fifth and Fourteenth Amendments to the United States Constitution and Article 1, § 17 of the Texas Constitution. Appellants' suit followed the Authority's denial of their untimely applications for withdrawal permits for their properties. The district court, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissed all claims with prejudice.

We have considered this appeal on the basis of the briefs, the pertinent portions of the record, and the applicable law. Having done so, the judgment is affirmed, essentially for the reasons stated in the Order of the district court.

**AFFIRMED.**